UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KANDARP A. MAJMUNDAR, )
               Plaintiff )
                                   )   Civil Action No.

vs.

BRUCE E. CHADBOURNE,
DIRECTOR, B.C.I.S.
               Defendant

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

Pursuant to Fed. R. C. P.36.1, the Plaintiff propounds the following request for admissions on the Defendant Bruce E. Chadbourne. The Defendant is hereby requested to admit the following matters:

1. The Plaintiff Kandarp A. Majmundar, is a Indian citizen who filed for United States citizenship on March 27, 2003.

2. On Thursday, January 8, 2004, the Defendant's agents and/or servants interviewed the Plaintiff Kandarp A. Majmundar and told him that he passed successfully the written and oral examination for United States citizenship.

3. The Defendant has failed to inform the Plaintiff of the decision to grant him the United States citizenship within the 120 days prescribed by the rules.

4. The Defendant received on June 4, 2004, a request from the Plaintiff asking him to make a decision and has failed to do so.

                                            Respectfully submitted,
                                            Kandarp A. Majmundar by his
                                            attorney,

                                            LAZAR LOWINGER, J.D.
                                            BBO #306300
                                            313 Washington Street #203
                                            Newton, MA 02458
                                            Tel. (617) 965-7377