# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

KANDARP A. MAJMUNDAR
         PLAINTIFF

## SUMMONS IN A CIVIL CASE

V.

BRUCE E. CHADBOURNE, DIRECTOR,
B.C.I.S.

CASE NUMBER:

**04  11391 WGY**

TO: (Name and address of Defendant)
BRUCE E. CHADBOURNE, DIRECTOR
BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
JOHN F. KENNEY FEDERAL BUILDING
ROOM 1775
GOVERNMENT CENTER
BOSTON, MA 02203-0701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAZAR LOWINGER, J.D.
313 WASHINGTON STREET, SUITE 203
NEWTON, MA 02458

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                            DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

July 13, 2004

I hereby certify and return that on 6/25/2004 at 10:55:00 AM I served a true and attested copy of the Summons and Complaint and Request for Admissions in this action in the following manner: To wit, by delivering in hand to Tim Stevens, Deportation Officer, for Chadbourne, Director, at Bureau of Citizenship and Immigration, JFK Federal Building Gov Cntr, Room 1775 Boston, MA 02203. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Pierce Waltower, Jr.

*Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.