UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KANDARP A. MAJMUNDAR,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE E. CHADBOURNE,<br>DIRECTOR, B.C.I.S.,<br><br>    Defendant. | **Civil Action No. 04-11391-WGY** |

**DEFENDANT'S MOTION DISMISS COMPLAINT AS MOOT**

Defendant respectfully moves to dismiss this action on the grounds that the Plaintiff's Complaint for Mandamus is now moot. On November 4, 2004, the Department of Homeland Security (DHS), through the United States Citizenship & Immigration Services (USCIS) agency issued a determination on the Plaintiff's Application For Naturalization (N-400 Application). A copy of the determination cover page is attached which also outlines the administrative remedies now available to the Plaintiff. Thus, the Mandamus relief sought by the Plaintiff from this Court is no longer necessary. Accordingly this action should be dismissed.

Respectfully submitted,

For the Defendant,
BRUCE E. CHADBOURNE,
Director, B.C.I.S.

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Anton P. Giedt     11/10/04
Anton P. Giedt
Assistant U.S. Attorneys
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATE**

I, Anton P. Giedt, Assistant U.S. Attorney, hereby certify that I conferred with Plaintiff's counsel of record by telephone in an effort to resolve the issues raised in this Motion and that the effort to resolve this matter was unsuccessful.

/s/ Anton P. Giedt     11/10/04
Anton P. Giedt
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                       Boston, Massachusetts
                                                                                                             DATE: November 10, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon Plaintiff's counsel of record electronically and by First Class Mail by placing said copy in the mail room of the U.S. Attorney's Office.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**PLAINTIFF COUNSEL:**
Lazar Lowinger
BBO# 306300
313 Washington Street # 203
Newton, MA 02458
617-965-7377 (Voice)
617-965-8488 (Fax)
llowinger@aol.com

**AGENCY COUNSEL**:
Henry Hanley
Associate Area Counsel
DHS/ US-CIS
JFK Federal Building – Room 425
Government Center
Boston, MA 02203
617-565-3146 (Voice)
617-565-4921 (Fax)
henry.hanley@dhs.gov