11-4-04



**U.S. DEPARTMENT OF HOMELAND SECURITY**

U.S. Citizenship and Immigration Services

**DECISION ON APPLICATION
FOR NATURALIZATION**

Date:

Kandarp Majmundar
80 Brook Haven Drive, Unit # 12
Attleboro, MA  02703

*John Fitzgerald Kennedy Federal Building
Government Center
Boston, Massachusetts 02203*

PLEASE REFER TO THIS FILE NUMBER

A044619714

## DECISION

On January 8, 2004, you appeared for an examination on your application for naturalization, which was filed in accordance with Section 316(a) of the Immigration and Nationality Act. Pursuant to the investigation and examination of your application, it is determined that your application be denied for **failure to establish good moral character** pursuant to Title Eight, Section 316.10 (b)(1)(ii) of the Code of Federal Regulations.

**SEE ATTACHED SHEET**

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must file a request for a hearing within **30 days** of the date of this notice. If no request for a hearing is filed within the time allowed, this decision is **final**. A request for a hearing may be made to the District Director, with the U.S. Citizenship and Immigration Services Office that made this decision, on **Form N-336** with a fee of **$250.00.** A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Any questions you have may be answered by the Service office nearest your residence, or at the address shown in the heading to this letter.

Sincerely,

Denis C. Riordan
District Director

Enclosure(s) N-336
cc: Lazar Lowinger, J.D.
By Certified Mail: 70040750000055041037
Form N-335
BY: ADS